FILED

08/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0303

# IN THE SUPREME COURT STATE OF MONTANA

## DA 24-303

|  |  |
|---|---|
| CB1, d/b/a CBB COLLECTIONS, <br> Plaintiff/Appellee <br><br> vs. <br><br> KATELYN N. HOVE and IRA HOVE, <br> Defendants/Appellants. <br><br> vs. <br><br> HEALTH CARE SERVICE <br> CORPORATION d/b/a BLUE CROSS <br> AND BLUE SHIELD OF MONTANA, <br> Third-Party Defendant/Appellee | ORDER GRANTING <br> EXTENTION OF TIME |

Upon the unopposed motion of the Appellants,

IT IS ORDERED that Appellants may have until August 29, 2024 to file their reply brief in this matter.

No further extensions will be granted.

Dated this _____ day of August, 2024.

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 16 2024